UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CANDISS CHAMBERS,<br><br>                   Plaintiff,<br><br>v.<br><br>ALYSA KOWALSKY, *et al*.,<br><br>                   Defendants. | Case No. 22-10780<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING DEFENDANT'S MOTION FOR PROTECTIVE ORDER (ECF NO. 51) AND GRANTING PLAINTIFF'S REQUEST TO MOVE FOR SANCTIONS**

The Court held a status conference on February 20, 2024, during which the parties discussed Defendant Alysa Kowalsky's recent motion for protective order, ECF No. 51, and Plaintiff Candiss Chambers' request to move for sanctions.[1] The Court:

- **STRIKES** defendant's motion for protective order (ECF No. 51) because it does not comply with this Court's Practice Guidelines. *See* ECF No. 12, PageID.42 ("[W]hen the Court…has been referred all pretrial or discovery matters under § 636(b)(1)(A), **THE**

---

[1] The Honorable F. Kay Behm referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 31.

**PARTIES MAY NOT FILE A DISCOVERY MOTION WITHOUT LEAVE OF COURT**.") (emphasis in original).

- **GRANTS** plaintiff's request to move for sanctions.

During the status conference, the Court warned defendant that violations of discovery rules and court orders may result in sanctions, including the entry of dismissal or default judgment against the violating party. *KCI USA, Inc. v. Healthcare Essentials, Inc.*, 801 F. App'x 928, 934 (6th Cir. 2020).

**IT IS ORDERED.**

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: February 21, 2024

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 21, 2024.

                <u>s/Julie Owens acting in the absence of Marlena Williams</u>
                MARLENA WILLIAMS
                Case Manager